UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. SA CV 10-694-JVS |
| | ) | (No. SA CR 04-237-JVS) |
| Plaintiff-Respondent, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **PETITIONER AWAD'S MOTION** |
| | ) | **TO HOLD IN ABEYANCE** |
| AZIZ F. AWAD, | ) | **NON-FRIVOLOUS** |
| | ) | **DETERMINATION OF MOTION** |
| Defendant-Petitioner | ) | **FILED PURSUANT TO** |
| | ) | **28 U.S.C. § 2255** |

THIS MATTER has come before the Court upon *Petitioner Awad's Motion to Hold in Abeyance Non-frivolous Determination of Motion Filed Pursuant to 28 U.S.C. § 2255* and the Court having considered said motion and being fully advised of all relevant matters herein,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that this Court's June 1, 2010 *Order Setting Briefing Schedule on Defendant's Motion Pursuant to 28 U.S.C. 2255* (Doc. # 4) is hereby vacated;

~~**IT IS FURTHER ORDERED** that this matter will be held in abeyance for 45 days until July 16, 2010;~~ /s/ JVS

**IT IS FURTHER ORDERED** that Petitioner is hereby granted 45 days until July 16, 2010 in which to file a memorandum of points and authorities (with supporting documentation) in support of his § 2255 motion; *arguments are limited to grounds 1+2 in the petition* /s/ JV

**IT IS FURTHER ORDERED** that the government shall file its response to the motion not later than _August 20_, 2010.

**IT IS FURTHER ORDERED** that the Petitioner shall file any reply to the government's

response not later than _September 10_, 2010.

DATED this _22_ day of June, 2010.

								_____
								JAMES V. SELNA, United States Judge